IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
WAYNE E. NICKERSON,                )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )   CASE NO. CV420-311
                                   )
CHIEF RAYMOND SHORES; CAPTAIN      )
RAYMOND FOWLER; and CHRIS          )
LOWELL, City Manager;              )
                                   )
    Defendants.                    )
_____)
```

## O R D E R

Before the Court is the Magistrate Judge's March 18, 2021, Report and Recommendation, to which Plaintiff has not filed objections. (Doc. 16.) After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Defendants' Motion to Dismiss (Doc. 5) is **GRANTED**, and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to **close** this case.

SO ORDERED this 8th day of April 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA