AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WAYNE E. NICKERSON,

       Plaintiff,

v.

CHIEF RAYMOND SHORES; CAPTAIN RAYMOND FOWLER; and CHRIS LOWELL, City Manager,

       Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV420-311

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated April 8, 2021, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendants' motion to dismiss is granted, and Plaintiff's complaint is dismissed without prejudice. This case stands closed.



April 8, 2021
Date

John E. Triplett, Acting Clerk
Clerk

*Candy Cobell* (signature)
(By) Deputy Clerk

GAS Rev 10/2020